

# Fourth Court of Appeals
## San Antonio, Texas

April 6, 2018

No. 04-16-00491-CV

Sam **LAJZEROWICZ**,
Appellant

v.

Estelita **LAJZEROWICZ**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-16638
Honorable Stephani A. Walsh, Judge Presiding

# **O R D E R**

Sitting:    Marialyn Barnard, Justice
           Rebeca C. Martinez, Justice
           Irene Rios, Justice

On February 26, 2018, appellant Sam Lajzerowicz filed a motion for extension of time to file a motion for rehearing. In his motion, appellant requested a thirty day extension of time due to work load and military obligations. We granted appellant's request for an extension and ordered appellant to file his motion for rehearing on or before March 19, 2018. Appellant did not file a motion for rehearing at that time; rather, on April 3, 2018, appellant filed another motion for extension of time, seeking a second extension of thirty days due to military obligations. *See* TEX. R. APP. P. 49.8.

After consideration, we **GRANT** appellant's request for an extension of time and **ORDER** appellant to file a motion for rehearing **on or before April 18, 2018**. Appellant is advised, however, that no further extensions of time will be considered absent extraordinary circumstances.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2018.



KEITH E. HOTTLE,
Clerk of Court